# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN W. MANN,
                          Appellant,
          vs.
THE BANK OF NEW YORK MELLON
CORP.; CHEC 2007-C; AND
NATIONSTAR MORTGAGE, LLC,
                          Respondents.

No. 74122

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed after the timely filing of a tolling motion for reconsideration under NRAP 4(a)(4) and before the tolling motion was formally resolved. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4). We lack jurisdiction at this time, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-39191

cc:    Hon. Elissa F. Cadish, District Judge
       John W. Mann
       Greenberg Traurig, LLP/Las Vegas
       Eighth District Court Clerk